1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9   Mark Anthony Acosta,                         No. CV-20-01823-PHX-SMB (CDB)

10                  Plaintiff,                    **ORDER**

11   v.

12   Unknown Gallego, et al.,

13                  Defendants.

14

15         Plaintiff filed a motion (Doc. 33), which was construed as a motion seeking leave

16   to amend his complaint.  United States Magistrate Judge Camille Bibles has issued a report

17   and recommendation ("R&R") recommending that the motion be denied. (Doc. 41).   The

18   Magistrate Judge advised the parties that they had fourteen days to file objections to the

19   R&R.  (R&R at 4-5) (citing Rule 72, Federal Rules of Civil Procedure) No objection has

20   been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. §

21   636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United

22   States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).  Nevertheless, the Court has

23   reviewed the pleadings and agrees with the analysis of Magistrate Judge Bibles.  The Court

24   will accept and adopt the R&R.

25         **IT IS ORDERED** Plaintiff's motion (Doc. 33) is construed as a motion for leave

26   to amend his complaint and is **DENIED**.

27         Dated this 10th day of June, 2021.

28

Honorable Susan M. Brnovich
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28