IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Acosta,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alejandro Gallego, et al.,<br><br>　　　　Defendants. | No. CV-20-01823-PHX-SMB<br><br>**ORDER** |

United States Magistrate Judge Camille Bibles has issued a report and recommendation ("R&R") recommending that this case be dismissed for Plaintiff's failure to prosecute (Doc. 63). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3-4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Bibles. The Court will accept and adopt the R&R.

**IT IS ORDERED** that this case be dismissed without prejudice and directing the Clerk of Court to terminate this case.

Dated this 22nd day of June, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge